UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES ALLEN                                                                 PLAINTIFF

v.                                           CAUSE NO. 3:24-CV-00119-HTW-ASH

SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI,
JOSEPH CHAD MCDILL and ENTERGY MISSISSIPPI, LLC           DEFENDANTS

**CORPORATE DISCLOSURE STATEMENT**

     Entergy Mississippi, LLC (EML) is a Texas limited liability company registered to do business in Mississippi. EML is a direct subsidiary of Entergy Utility Holding Company, LLC, which is a Texas limited liability company. Entergy Utility Holding Company, LLC is an indirect subsidiary of Entergy Corporation, which is a publicly held Delaware corporation whose shares are traded publicly.

     Dated:  September 10, 2024.

                                                         Respectfully submitted,

                                                         ENTERGY MISSISSIPPI, LLC

                                                         By Its Attorneys,

                                                         WATKINS & EAGER PLLC

                                                         By:  *s/ Adam H. Gates*
                                                               Adam H. Gates

OF COUNSEL:

Adam H. Gates (MSB No. 102305)
Gabrielle C. Wells (MSB No. 106535)
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
Telephone:  (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of Court using the ECF system and mailed a copy via U.S. Mail, First Class to the following:

>  Joseph Chad McDill
>  12197 Old Jackson Road
>  Conehatta, MS 39057

Dated: September 10, 2024.

s/Adam H. Gates
Adam H. Gates
