#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### NORTHERN DIVISION

**CHARLES ALLEN**                                                                                 **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 3:24-CV-119-HTW-ASH**

**SOUTHERN ELECTRIC CORPORATION**                            **DEFENDANTS**
**OF MISSISSIPPI, JOSEPH CHAD MCDILL**
**and ENTERGY SERVICES, LLC**

#### DEFENDANT'S NOTICE OF CONFLICT WITH DATES

      NOW COMES Defendant, Southern Electric Corporation of Mississippi ("SECM"), pursuant to the Case Management Order (Doc #: 26) and files this Notice of Conflict with Dates, stating as follows:

      1.      On February 29, 2024, Plaintiff filed its Complaint in this case. (Doc #: 1.)

      2.      September 5, 2024, the Case Management Order was entered, which set the trial for a two-week term of court beginning on September 15, 2025, and the pretrial conference for August 8, 2025. (Doc #: 26.)

      3.      On June 14, 2024, the complaint for the case styled *SouthernCare, Inc., d/b/a Gentiva v. Amanda Hollingsworth and Sta-Home Hospice of Mississippi, Inc., d/b/a AccentCare Hospice & Palliative Care of Mississippi* ("*Gentiva*"), was filed in the United States District Court for the Southern District of Mississippi, Northern Division (3:24-CV-00347-HTW-LGI, Doc. #1.) Undersigned counsel also represents the defendant in the *Gentiva* matter. On September 6, 2024, the Case Management Order in the *Gentiva* matter was entered, which set the pre-trial conference August 8, 2025, and trial to begin the two-week term of court on September 2, 2025, in Jackson. (3:24-CV-00347-HTW-LGI, Doc. #18).

1

4. On May 24, 2024, the complaint for case styled *Wade Arneal Moore, Jr., v. Garan, Inc., Howard Linzy and Greg Fuller; ("Moore"),* Civil Action No. 1:24-CV-98-GHD-RP *("Brewer")*, was filed in the United States District Court for the Northern District of Mississippi, Aberdeen Division (1:24-CV-98-GHD-RP, Doc. #1.) Undersigned counsel also represents the defendants in the *Moore* matter. On September 6, 2024, the Case Management Order in the *Moore* matter was entered, which set the pre-trial conference for September 18, 2025, and trial to begin October 20, 2025. (1:24-CV-98-GHD-RP, Doc. #17).

5. Although all three matters are in the early stages, and later developments in each may eliminate any conflict, pursuant to the Case Management Order in this matter, undersigned counsel hereby notifies the Court of the current pretrial and trial date conflicts between the *Gentiva* matter*,* the *Moore* matter and this case. A similar notice is being filed this day in the *Gentiva* and *Moore* matters.

Respectfully submitted, this 16th day of September, 2024.

                **SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI**

    **By:**    */s/ Martin J. Regimbal*
            **MARTIN J. REGIMBAL (MS Bar No. 102507)**
            **THE KULLMAN FIRM**
            **A PROFESSIONAL LAW CORPORATION**
            410 Main Street
            Columbus, MS 39701
            Post Office Box 827
            Columbus, MS   39703-0827
            Tel.:  (662) 244-8825
            Fax:   (662) 244-8837
            mjr@kullmanlaw.com

            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**SAMUEL L. BEGLEY, ESQ**
**BEGLEY LAW FIRM, PLLC**
P.O. Box 287
Jackson, Mississippi 39205
Tel.:  (601) 696-5545
Email:  begleylaw@gmail.com
*Attorney for Plaintiff*

**ADAM H. GATES**
**WATKINS & EAGER**
400 East Capitol Street
Jackson, Mississippi 39201
Tel.:  (601) 965-1804
Email:  agates@watkinseager.com
*Attorney for Defendant Entergy Services, LLC*

Further, Defendant mailed and/or emailed a copy of the foregoing to each of the individuals set forth below:

**JOSEPH CHAD MCDILL**
365 Mac Road
Conehatta, Mississippi 39057
Tel.: (601) 504-0450
c.mcdill@icloud.com
*Individual Defendant*

**THIS**, the 16th day of  September, 2024.

        */s/ Martin J. Regimbal*
        **MARTIN J. REGIMBAL**

4896-2271-1780, v. 2