UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES ALLEN                                                                                              PLAINTIFF

v.                                                                                  CAUSE NO. 3:24-CV-00119-HTW-ASH

SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI,
JOSEPH CHAD MCDILL and ENTERGY MISSISSIPPI, LLC                       DEFENDANTS

**NOTICE OF SERVICE**

Defendant Entergy Mississippi, LLC served a copy of its Interrogatories, Requests for Production of Documents and Requests for Admission on all counsel of record today.

Dated:  October 29, 2024.

        Respectfully submitted,

        ENTERGY MISSISSIPPI, LLC

        By Its Attorneys,

        WATKINS & EAGER PLLC

        By:  *s/ Adam H. Gates*
              ADAM H. GATES

OF COUNSEL:

Adam H. Gates (MSB No. 102305)
Gabrielle C. Wells (MSB No. 106535)
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
Telephone*:*  (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of Court using the ECF system and mailed a copy via U.S. Mail, First Class to the following:

>Joseph Chad McDill
>12197 Old Jackson Road
>Conehatta, MS 39057

Dated: October 29, 2024.

>>*s/Adam H. Gates*
>> ADAM H. GATES