**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CHARLES ALLEN**                                                                          **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO.:  3:24-CV-119-HTW-ASH**

**SOUTHERN ELECTRIC CORPORATION**                                   **DEFENDANTS**
**OF MISSISSIPPI, JOSEPH CHAD MCDILL**
**and ENTERGY SERVICES, LLC**

**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**


Notice is hereby given that, on October 29, 2024, I served the following discovery device(s)

via electronic mail and/or U.S. Mail:

1.    Defendant's First Set of Interrogatories; and
2.    Defendant's First Set of Requests for Production of Documents to Plaintiff.


**Respectfully submitted, this the 29th day of October, 2024.**


**SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI**

**By:**    ***/s/ Martin J. Regimbal***
**MARTIN J. REGIMBAL (MS Bar No. 102507)**
**THE KULLMAN FIRM**
**A PROFESSIONAL LAW CORPORATION**
410 Main Street
Columbus, MS 39701
Post Office Box 827
Columbus, MS   39703-0827
Tel.:  (662) 244-8825
Fax:  (662) 244-8837
mjr@kullmanlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**SAMUEL L. BEGLEY, ESQ**
**BEGLEY LAW FIRM, PLLC**
P.O. Box 287
Jackson, Mississippi 39205
Tel.:  (601) 696-5545
Email:  begleylaw@gmail.com
*Attorney for Plaintiff*

**ADAM H. GATES**
**WATKINS & EAGER**
400 East Capitol Street
Jackson, Mississippi 39201
Tel.:  (601) 965-1804
Email:  agates@watkinseager.com
*Attorney for Defendant Entergy Services, LLC*

Further, Defendant mailed and/or emailed a copy of the foregoing to each of the individuals set forth below:

**JOSEPH CHAD MCDILL**
12197 Old Jackson Road
Conehatta, Mississippi 39057
Tel: (601) 504-0450
c.mcdill@icloud.com
cmcdill@icloud.com
*Individual Defendant*

**THIS**, the 29th day of October, 2024.

/s/ *Martin J. Regimbal*
**MARTIN J. REGIMBAL**