IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTICT OF MISSISSIPPI
NORTHERN DIVISION

**CHARLES ALLEN**                                                                                 **PLAINTIFF**

VS.                                             Case 3:24-cv-00119-HTW-ASH

**SOUTHERN ELECTRIC CORPORATION**
**OF MISSISSIPPI, ET AL.**                                           **DEFENDANTS**

### NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DISCOVERY

Notice is hereby given that, on December 7, 2024, I served the following discovery responses via electronic mail and/or U.S. Mail:

PLAINTIFF'S RESPONSES TO DEFENDANT SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

PLAINTIFF'S RESPONSES TO ENTERGY MISSISSIPPI, LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Respectfully submitted on December 7, 2024.

                                                       **CHARLES ALLEN, PLAINTIFF**

                                                       */s/*  Samuel L. Begley
                                                       **SAMUEL L. BEGLEY, ESQ.**

        Miss. Bar No. 2315
        BEGLEY LAW FIRM, PLLC
        P. O. Box 287
        Jackson, MS 39205
        Tel: 601-969-5545
        begleylaw@gmail.com
        *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to defendants' counsel of record.

I further certify that today I mailed a copy of the foregoing via U.S. mail to the following defendant:

Joseph Chad McDill
12197 Old Jackson Road
Conehatta, MS 39057

Dated:  December 7, 2024.

*/s/Samuel L. Begley*