## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

CHARLES ALLEN                                                                                    PLAINTIFF

vs.                                             CIVIL ACTION NO. 3:24-cv-00119-HTW-ASH

SOUTHERN ELECTRIC CORPORATION OF                                          DEFENDANTS
MISSISSIPPI; JOSEPH CHAD McDILL; and
ENTERGY MISSISSIPPI, LLC

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTIFICATION

**NOTICE IS HEREBY GIVEN**, that Eileen N. Shaffer, Post Office Box 1177, Jackson, Mississippi 39215-1177, hereby enters her appearance as attorney for Eileen N. Shaffer, Trustee for the bankruptcy proceeding of Charles Edward Allen, Case No. *24-00887-JAW*.

**REQUEST IS HEREBY MADE** as attorney for Eileen N. Shaffer, Trustee, that the undersigned attorney be given and served with a true and complete copy of all notices given, or required to be given in this case and all papers served, or required to be served in this case, including, but not limited to, pleadings, orders, judgments, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed, in person or by mail, delivery, telephone, telegraph, telex or otherwise, which relate to or affect the above styled and numbered cause.

Respectfully submitted,

EILEEN N. SHAFFER
CHAPTER 7 TRUSTEE

EILEEN N. SHAFFER
Attorney for Trustee for the Bankruptcy
Estate of Charles Edward Allen

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi  39215-1177
Ph:  (601) 969-3006
Fax: (601) 949-4002
Email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, do hereby certify that I have electronically transmitted *via* the Court's electronic noticing system, or mailed by U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Appearance and Request for Notification to the following:

> Martin J. Regimbal, Esq.
> The Kullman Firm
> Attorney for Southern Electric Corp. of MS
> mjr@kullmanlaw.com
>
> Joseph Cad McDill
> 12197 Old Jackson Rd.
> Conehatta, MS 39057
>
> Adam H. Gates, Esq.
> Gabrielle C. Wells, Esq.
> Watkins & Eager, PLLC
> Attorneys for Entergy MS, LLC
> agates@watkinseager.com
> gwells@watkinseager.com

**SO CERTIFIED** this the 30th day of December, 2024.

_____
EILEEN N. SHAFFER